UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. JOSEPH'S UNIVERSITY MEDICAL CENTER d/b/a ST. JOSEPH'S REGIONAL MEDICAL CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary, U.S. Department of Health & Human Services, in his official capacity,<br><br>Defendant. | Case No. 22-cv-2248 (TJK) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report.

1.      Plaintiffs, a collection of hospitals that participate in the Medicare program, filed this suit to challenge the amount of reimbursement they received for their direct graduate medical expenses and the since-amended regulation that governs the reimbursement calculation. *See* Compl. ¶ 1, ECF No. 1.  This case presents claims identical those decided by this Court in *Milton S. Hershey Medical Center v. Becerra*, No. 19-cv-2680 (D.D.C.) (Kelly, J.) ("*Hershey*").

2.      This case is currently stayed.  *See* Min. Order (June 8, 2022).

3.      As previously noted in the parties' August 12, 2022 Joint Status Report, ECF No. 11, on August 10, 2022, the Department of Health and Human Services, Centers for Medicare & Medicaid Services, published the FY 2023 Inpatient Prospective Payment System ("IPPS") final rule.  87 Fed. Reg. 48,780, 48,784, 49,066–72.  The final rule amends the relevant regulation, changing the agency's method of calculating direct graduate medical education payments following this Court's ruling in *Hershey*.  *See* 87 Fed. Reg. at 49,066–72. Specifically, "[a]fter reviewing the statutory language regarding the direct [graduate medical education] [full-time

1

equivalent] cap and the court's opinion [in *Hershey*]," the agency decided to "implement a modified policy to be applied prospectively for all teaching hospitals, as well as retroactively to the providers and cost years in *Hershey* and certain other providers." *Id.* at 48,784.

4.      In accordance with the FY 2023 IPPS final rule, the agency intends to recalculate reimbursements for direct graduate medical expenses for hospital cost years covered by the final rule, and has been in the process of doing so, on a rolling basis beginning with the cost years that were remanded in *Hershey*.  The parties continue to be in ongoing discussions regarding whether this matter can be resolved without court involvement and agree that the current stay of this matter in the meantime continues to serve the interests of justice by allowing the parties to continue to engage in those discussions.  Therefore, the parties respectfully request that the Court maintain the stay.

5.      The parties propose to file another Joint Status Report on or before October 5, 2026.

Dated: July 6, 2026                                 Respectfully submitted,

/s/Ronald S. Connelly                               BRETT A. SHUMATE
RONALD S. CONNELLY                                  Assistant Attorney General
D.C. Bar No. 488298
Powers Pyles Sutter & Verville, PC                  /s/ Eric Beckenhauer
1250 Connecticut Ave., N.W., 8th Floor              ERIC B. BECKENHAUER
Washington, DC 20036                                Assistant Director
Tel: (202) 872-6762                                 U.S. Department of Justice
Fax: (202) 785-1756                                 Civil Division, Federal Programs Branch
Email: Ron.Connelly@PowersLaw.com                   1100 L St. NW
                                                    Washington, DC 20530
*Counsel for Plaintiffs*                             (202) 514-3338
                                                    eric.beckenhauer@usdoj.gov

                                                    *Counsel for Defendant*